IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| STEVEN HORRIGAN ESTATE by LAURIE HORRIGAN, Executor, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case no. 1:23-cv-00103-CJW-MAR<br>) |
| KYLE HOWE, individually and in his official apacity as a law enforcement Officer for the TOLEDO POLICE DEPARTMENT and CITY OF TOLEDO, IOWA, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff and hereby dismisses the above captioned matter with prejudice.

                                      STEVEN HORRIGAN ESTATE, Plaintiff

BY: ***/s/ Chad R. Frese***
Chad R. Frese     AT0002704
Kaplan and Frese, LLP
111 E Church Street
Marshalltown, Iowa 50158
Phone: (641) 753-5549
Fax: (641) 753-0962
chad@kaplanfrese.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notifications of such filing to the counsel below:

Douglas L. Phillips
Zachary David Clausen

KLASS LAW FIRM
Mayfair Center Upper Level
4280 Sergeant Rd. Ste. 290
Sioux City, IA 51106
phillips@klasslaw.com
zclausen@klasslaw.com
**ATTORNEYS FOR DEFENDANT**
**CITY OF TOLEDO**

Benjamin P. Roach
Benjamin P. Roach, AT0006588
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Ph: (515) 283-3100
Fax: (515) 283-8045
bproach@nyemaster.com
**ATTORNEY FOR DEFENDANT**
**KYLE HOWE**

*/s/ Chad R. Frese*
Chad R. Frese, AT0002704
Joel Waters, AT0014090
KAPLAN & FRESE LLP
111 East Church Street
Marshalltown, IA 50158
chad@kaplanfrese.com
joel@kaplanfrese.com
**ATTORNEYS FOR PETITIONER**

                                       */s/ Chad R. Frese*